THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Scott Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 2:07-CV-5057-PVT |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| S.C. BEACH HOTEL PARTNERS, LLC, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses this Action with prejudice.

Date: November 10, 2007

s/THOMAS N. STEWART, III
Attorney for Plaintiff

2:07-CV-5057-PVT                    1